UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| LISA GAIL THOMPKINS and HARVEY SANFORD BOONE III, individually and on behalf of those similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>KEY HEALTH MEDICAL SOLUTIONS, INC., a California corporation,<br>　　　　　　　　　Defendant. | Case No. 1:12-cv-613 |

## MOTION FOR CLASS CERTIFICATION

The Plaintiffs, Lisa Gail Thompkins and Harvey Sanford Boone III, through undersigned counsel, move this Court for an order under Rule 23(c)(1) of the Federal Rules of Civil procedure that this proceeding be maintained as Rule 23(b)(3) class action on behalf of a class comprised of the Plaintiffs and all other North Carolina persons similarly situated.

The grounds for this motion are set out in Plaintiffs' brief in support of class certification filed contemporaneously herewith.

Respectfully submitted, this the 17th day of September, 2012.

| | |
|---|---|
| **/s/John F. Bloss** | **/s/Frederick L. Berry** |
| John F. Bloss | Frederick L. Berry |
| N.C. State Bar No. 23947 | N.C. State Bar No. 9696 |
| HIGGINS BENJAMIN, PLLC | BARRON & BERRY, LLP |
| 101 West Friendly Ave., Suite 500 | 301 S. Greene St., Ste. 310 |
| Greensboro, North Carolina 27401 | Greensboro, NC 27401 |
| Phone: (336) 273-1600 | Phone: (336) 274-4782 |
| Fax: (336) 274-4650 | Fax: (336) 379-8592 |
| E-mail: jbloss@greensborolaw.com | E-mail: f_berry@bellsouth.net |

**/s/David H. Idol**
David H. Idol
N.C. State Bar No. 5683
DAVID H. IDOL, ATTORNEY
P.O. Box 1776
High Point, NC 27261-1776
Phone: (336) 889-8111
Fax: (336) 889-7764 fax
E-mail: helentidol@gmail.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification and a copy of such filing electronically to the following: Richard L. Farley and Rebecca K. Lindahl, attorneys for Defendant Key Health Medical Solutions, Inc.

This, the 17th day of September, 2012.

**/s/John F. Bloss**
*Attorney for Plaintiffs*